UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

December 16, 2014

MEMORANDUM TO COUNSEL

      RE:    USA v. Davon Martin, et al.  GLR-13-0665 ("LS")
                USA v. Nathaniel Lightford, et al., GLR-13-0666 ("CC")
                USA v. Steven Jackson, et al GLR-13-0677 ("UDH")

Dear Counsel:

      I am in receipt of Ms. Smith's status report of December 12, 2014.  The Government is requested to file an additional status report on or before January 9, 2015 addressing the status of the superseding indictments in the above cases.  After consideration, an in-Court status conference will be held in January 2015 addressing and/or modifying the current Scheduling Order.

      Despite the informal nature of this Memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

                                        Very truly yours,

                                        /s/

                                        George L. Russell, III

/daf